CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

NOV 22 2013

JULIA C. DUDLEY, CLERK
BY: HMcDonoco
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 4:06-cr-00049-3 |
| v. | MEMORANDUM OPINION |
| ELIGIA JUNIOR MARTIN,<br>Petitioner. | By:  Hon. Jackson L. Kiser<br>Senior United States District Judge |

Eligia Junior Martin, a federal inmate proceeding pro se, filed an "Amendment to Motion For Resentence," which I construe as a motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255. Court records indicate that Petitioner filed a prior § 2255 motion about the same conviction and/or sentence (ECF no. 142) that I dismissed (ECF no. 147). Thus, Petitioner's current § 2255 motion is a second or subsequent one under 28 U.S.C. § 2255(h).

I may consider a second or successive § 2255 motion from Petitioner only upon specific certification from the Fourth Circuit Court of Appeals that the claims in the motion meet certain criteria. See 28 U.S.C. § 2255(h). As Petitioner has not submitted any evidence of having obtained certification from the Fourth Circuit Court of Appeals to file a second or successive § 2255 motion, I dismiss the motion without prejudice as successive. Based upon my finding that Petitioner has not made the requisite substantial showing of denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is denied.

ENTER: This 22rd day of November, 2013.

Senior United States District Judge